# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DEAN A. ANDERSEN,

        Plaintiff,

v.

HARRIS & HARRIS, LTD.,

        Defendant.

Case No. 13-CV-867-JPS

**JUDGMENT**

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that Harris & Harris, Ltd.'s motion for summary judgment (Docket #50) be and the same is hereby GRANTED, and this matter be and the same is hereby DISMISSED with prejudice; and

     IT IS FURTHER ORDERED AND ADJUDGED that Dean Andersen's motion for summary judgment (Docket #42) be and the same is hereby DENIED.

APPROVED:

*[signature]*

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

April 21, 2014
Date

s/Nancy A. Monzingo
By: Deputy Clerk